Law Offices of Bill LaTour
Bill LaTour, Esq.
State Bar No. 169758
11332 Mountain View Ave., Suite C
Loma Linda, California, 92354
    Telephone: [909] 796-4560
    Facsimile: [909] 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| GAIL T. WILLIAMS, | No. EDCV 06-0350 JC |
|     Plaintiff, | [PROPOSED] ORDER EXTENDING |
| vs. | BFIEFING SCHEDULE |
| JO ANNE B. BARNHART, Commissioner Of Social Security, | |
|     Defendant. | |

    Based upon the parties' Stipulation to Extend Briefing Schedule, and for good cause shown, IT IS ORDERED that Plaintiff shall have an extension of time to file her Motion For Summary Judgment, pursuant to the Court's April 11, 2006, Case Management Order ("Order"), to August 21, 2006, and, pursuant to Paragraph 5 of the Order, all other dates shall be extended accordingly.

Date: _July 27, 2006_

                                                      /s/
                            UNITED STATES MAGISTRATE JUDGE
                                  JACQUELINE CHOOLJIAN